CONSOLIDATED SERVICE STATIONS, INC., Appellant, v. CITIES SERVICE OIL COMPANY, Respondent.— Motion by the tenant, Cities Service Oil Company, for leave to appeal to the Appellate Division and for a stay granted on condition that within ten days from the entry of the order hereon said tenant file an undertaking in the sum of $2,500, with corporate surety, conditioned for the payment of rent due and which may become due, together with costs and disbursements, in the event the determination of the Appellate Term be affirmed or the appeal dismissed; and on the further condition that it perfect the appeal for the September Term, commencing September 17, 1951, and be ready for argument when reached. Otherwise, the motion for a stay and for leave to appeal is denied. Present — Nolan, P. J., Carswell, Adel, Sneed and Mac-Crate, JJ.

∎

In the Matter of the Application of JOSEPH FELD for Reinstatement as an Attorney.— Motion for permission to withdraw resignation and for reinstatement as an attorney and counselor at law denied. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

∎

MENNASCH KALKSTEIN, Appellant, v. BEN E. LANDESS et al., Individually and as Copartners Doing Business under the Name of JAMAICA-RICHAVEN MEDICAL GROUP, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 704.]

∎

ROSE MONTANILE, an Infant, by Her Guardian ad Litem, FRANK MONTANILE, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.